

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-14-00472-CV

**ARC PARKLANE, INC.**,
Appellant

v.

Arvel **SEALS**, Jr.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10177
Honorable Larry Noll, Judge Presiding

# O R D E R

On August 5, 2014, we abated this interlocutory appeal pending the Texas Supreme Court's disposition of the same issue in other cases from this court. The Texas Supreme Court decided the matter in the other cases and issued its mandate. Appellant filed an unopposed motion to reinstate this appeal for the remaining issues to be resolved.

Appellant's motion is GRANTED. We reinstate this accelerated appeal of an interlocutory order on this court's docket. Appellant's brief is due within TWENTY DAYS of the date of this order. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court